1001

[No. 33584-7-I.    Division One.    November 9, 1998.]

THE STATE OF WASHINGTON, *Respondent*, v. GREGORY TY
CARPENTER, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 93-1-00722-9, Faith Ireland, J., entered October
25, 1993. *Affirmed* by unpublished opinion per Grosse, J.,
concurred in by Webster and Ellington, JJ.

[No. 37601-2-I.    Division One.    November 9, 1998.]

*In the Matter of the Personal Restraint of* STEPHEN D.
TALLEY, *Petitioner.*

Petition for relief from Personal Restraint. *Granted* by
unpublished opinion per Kennedy, C.J., concurred in by
Agid and Ellington, JJ.

[No. 39927-6-I.    Division One.    November 9, 1998.]

ROBERT E. LEVY, ET AL., *Respondents*, v. ROBERT L.
BUTLER, *Appellant*.

ROBERT L. BUTLER, *Appellant*, v. ROBERT E. LEVY, ET AL.,
*Respondents*.

Appeal from a judgment of the Superior Court for Sno-
homish County, No. 95-2-19708-6, Kenneth L. Cowsert, J.
Pro Tem., entered November 27, 1996. *Reversed* by unpub-
lished opinion per Grosse, J., concurred in by Baker and
Cox, JJ.